USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
    UNITED STATES OF AMERICA,

                       -v-                                 1: 16-cr-656-GHW-20

    DANIEL RENVIL,                                 ORDER

                              Defendant.
-----------------------------------------------------------X

GREGORY H. WOODS, District Judge:

      The Court understands that the defendant has been in contact with counsel and that the parties have consented to conducting the proceeding with respect to the defendant's alleged violation of the conditions of his supervised release by remote means. Accordingly, it is hereby

      ORDERED that a status conference is scheduled for August 7, 2020 at 9:30 a.m. The proceeding will take place by Skype for Business videoconference. To access the conference, paste the following link into your browser:

      https://meet.lync.com/fedcourts-nysd/gregory_woods/50FNW2FT

      To use this link, you may need to download software to use Skype's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Users who do not have an Office 365 account may use the "Join as Guest" option. When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.

---

[1] *See* Microsoft, *Install Skype for Business* (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2]  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

Call-in number:  1-917-933-2166

Conference ID:  100988454

IT IS FURTHER ORDERED that counsel for the defendant discuss with him the template form for consent to remote proceedings, which is in general use in the Southern District of New York, and which the Court expects can be provided by the United States Attorney's Office or the Office of the Federal Defender.  If the defendant is willing to proceed by remote means, the Court requests that counsel for the defendant submit an executed copy of the consent to the Court in advance of the conference if reasonably feasible.

Dated:  July 30, 2020

_____
Gregory H. Woods
United States District Judge

---

[2] *See, e.g.*, Microsoft, *Skype for Business on Mac* (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.