USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/20

**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

August 23, 2020

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

BY EMAIL

Re:   United States v. Daniel Renvil
      16 Cr. 656 (GHW)

Dear Judge Woods:

The above refenced case is scheduled for a conference on August 28, 2020 at 10:00 am. Judge Bianco, of the Eastern District, scheduled a video conference on the same date and time in a multiple defendant case. Because that case involves an incarcerated defendant and multiple attorneys, rescheduling the matter is very difficult. To resolve the scheduling conflict, I respectfully request that the conference in this case be moved from 10:00 to 12:00 pm. Chambers has confirmed the Court's availability and both the government and Probation are available at 12:00 pm and consent to the time change.

I apologize for any convenience created for the Court, government or probation by this request. Thank you for Your Honor's consideration of this application.

Very truly yours,

*Sanford Talkin*

Sanford Talkin

cc:   AUSA Jilan Kamal (by ECF)
      USPTO Ji'vonne Gilmore (by ECF)

Application granted. The conference scheduled for 10:00 a.m. on August 28, 2020 is adjourned to August 28, 2020 at 12:00 p.m.

SO ORDERED.

Dated: August 25, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge