```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    UNITED STATES,

                  -v-                      1:16-cr-656-GHW

    DANIEL RENVIL,                  ORDER

                  Defendant.
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       The Court has been advised by the Probation Department that the defendant was arrested today. An initial conference will be held on Friday September 25, 2020 at 12:00 p.m. to address the violations alleged in the probation report as to Mr. Renvil. The matter will be held in Courtroom 12C of the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street New York, New York 10007.

       SO ORDERED.

Dated: September 24, 2020
       New York, New York

                                                    _____
                                                      GREGORY H. WOODS
                                                   United States District Judge