UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                -v-

    DANIEL RENVIL,

                              Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2021

1:16-cr-656-GHW-20

ORDER

GREGORY H. WOODS, United States District Judge:

The proceeding in this matter currently scheduled for November 4, 2021 at 9:00 a.m. is adjourned to November 10, 2021 at 10:00 a.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: November 4, 2021
        New York, New York

                                                             GREGORY H. WOODS
                                                          United States District Judge